IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

DOUG MOREAU,

       Plaintiff,                             3:10-cv-00795-LRH-VPC

   vs.                                       ORDER

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.*,

       Defendants.

_____/

     The plaintiff's application for extension of time to file a response to the defendant's Quality Loan Service Corporation's motion to dismiss is granted nunc pro tunc to January 14, 2011. The defendant's notice of failure to timely file and application for an order of dismissal pursuant to Local Rule 7-2(d) is denied as moot.

     It is so ORDERED.

     Dated this 21st day of January, 2011.

_____
UNITED STATES DISTRICT JUDGE