MARILYN FINE, ESQ.
Nevada Bar No. 005949
mfine@nvbusinesslawyers.com
RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
rdonn@nvbusinesslawyers.com
**MEIER & FINE, LLC**
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Telephone: (702) 673-1000
Facsimile: (702) 673-1001

*Attorneys for OneWest Bank, FSB and
Mortgage Electronic Registration Systems, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| DOUG MOREAU, et al.<br><br>Plaintiff,<br><br>vs.<br><br>MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al.<br><br>Defendants. | Case No.:3:10-CV-00795-LRH-VPC<br><br>**STIPULATION TO EXTEND TIME FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND ONEWEST BANK, FSB TO FILE A RESPONSIVE PLEADING** |

Defendants, ONEWEST BANK, FSB (hereinafter "OneWest") and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (hereinafter "MERS"), by and through their undersigned counsel, hereby stipulate and agree as follows: in respect to the deadline for OneWest and MERS to file responsive pleadings to Plaintiff's Complaint served on or about March 28, 201:

1. Good cause exists for such an extension since counsel for OneWest and MERS was just recently retained and has not had a full opportunity to review the necessary documentation to formulate a response.

/ / /

- 1 -

File No.: 1551.013

2. The parties further hereby affirm and stipulated that the request for an extension is not being made for the purpose of delay or harassment.

3. The parties hereby stipulate that OneWest and MERS reply will be due on or before May 3, 2011.

| Dated: April 19, 2011. | Dated: April 19, 2011. |
|---|---|
| MEIER & FINE, LLC | LAW OFFICES OF TORY M. PANKOPF, LTD. |
| /s/ Rachel E. Donn, Esq.<br>By_____<br>RACHEL E. DONN, ESQ.<br>Nevada Bar No. 010568<br>2300 West Sahara Avenue, Suite 430<br>Las Vegas, Nevada 89102<br>*Attorneys for OneWest Bank, FSB and Mortgage Electronic Registration Systems, Inc.* | /s/ Tory M. Pankopf, Esq.<br>By_____<br>TORY M. PANKOPF, ESQ.<br>Nevada Bar No. 007477<br>10471 Double R. Blvd., Suite C<br>Reno, NV 89521<br><br>*Attorneys for Plaintiff* |

- 2 -

File No.: 1551.013

1 | MARILYN FINE, ESQ.
Nevada Bar No. 005949
2 | mfine@nvbusinesslawyers.com
3 | RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
4 | rdonn@nvbusinesslawyers.com
5 | **Meier & Fine, LLC**
2300 West Sahara Avenue, Suite 430
6 | Las Vegas, Nevada 89102
Telephone:   (702) 673-1000
7 | Facsimile:   (702) 673-1001

8

*Attorneys for OneWest Bank, FSB and*
9 | *Mortgage Electronic Registration Systems, Inc.*

10

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

-o0o-

| | |
|---|---|
| DOUG MOREAU, *et al.* | Case No.:3:10-CV-00795-LRH-VPC |
| Plaintiff, | **[PROPOSED] ORDER RE: STIPULATION TO EXTEND TIME FOR MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AND ONEWEST BANK, FSB TO FILE A RESPONSIVE PLEADING** |
| vs. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., *et al.* | |
| Defendants. | |

The Court having read the stipulation of the parties, and good cause appearing therefore, it is hereby

ORDERED that Defendants ONEWEST BANK, FSB and MORTGAGE

/ / /

/ / /

/ / /

- 3 -

File No.: 1551.013

ELECTRONIC REGISTRATION SYSTEMS, INC., have until May 3, 2011 to file their responsive pleading to the Complaint herein. (Dkt. 1).

Dated this 20th day of April, 2011.

*Valerie A. Cooke*

VALERIE P. COOKE
UNITED STATES MAGISTRATE JUDGE

*Prepared and submitted by:*

MEIER & FINE, LLC

/s/ Rachel E. Donn, Esq.

RACHEL E. DONN, ESQ.
Nevada Bar No. 010568
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
*Attorneys for OneWest Bank, FSB and
Mortgage Electronic Registration Systems, Inc.*

MEIER & FINE, LLC
2300 West Sahara Avenue, Suite 430
Las Vegas, Nevada 89102
Tel: (702) 673-1000
Fax: (702) 673-1001

- 4 -

File No.: 1551.013