UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| DOUG MOREAU, | Case No.:3:10-CV-00795-LRH-VPC |
| Plaintiff, | |
| vs. | |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; ONE WEST BANK, FSB, SIERRA PACIFIC MORTGAGE COMPANY, INC., a California corporation, GREENHEAD INVESTMENTS, INC., a California corporation, QUALITY LOAN SERVICE CORPORATION, a California corporation, and DOES 1 through 100, | **ORDER EXPUNGING LIS PENDENS** |
| Defendants. | |

Defendants Mortgage Electronic Registration Systems, Inc. ("MERS") and OneWest Bank FSB ("OneWest") (collectively "Defendants") filed a Motion to Dismiss and to Expunge the Lis Pendens on August 15, 2011. Plaintiff filed two *ex parte* Motions to Extend the time to respond to the Defendants' Motions to Dismiss and Expunge the Lis Pendens. (Docket Nos. 41, 46.) Plaintiff did not oppose either of Defendants' pending Motions.

- 1 -

1  Plaintiff thereafter filed a Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a). (Docket no. 48.) The Notice of Voluntary Dismissal makes no reference to the Lis Pendens filed and recorded by Plaintiff on December 15, 2010.

The Court having considered the moving papers on file and good cause appearing therefore rules as follows:

1. Pursuant to LR 7-2(d), "The failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Plaintiff did not oppose the Motion to Dismiss or the Motion to Expunge the Lis Pendens.

IT IS THEREFORE ORDERED that Defendants' Motion to Expunge the Lis Pendens is GRANTED.

IT IS FURTHER ORDERED that the Lis Pendens, recorded on December 15, 2010, as Document 3953775, in the chain of title against property located at 1117 Harbour Cove Cr. Sparks Nevada, APN: 037-341-05 is hereby EXPUNGED.

IT IS FURTHER ORDERED that a copy of the ORDER may be recorded in the above referenced chain of title in the Washoe County Recorder's Office.

DATED: this 29th day of September, 2011

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

- 2 -